| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

CHRISTINA MARTIN and CHRISTINA
MARTIN, as next of friend of K.H.,

               Plaintiff,

*versus*

HOME DEPOT U.S.A., INC.,

               Defendant.

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:24-cv-467

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 2, 2025, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management [Dkt. 11]. Now before the court is the parties' Sealed Proposed Judgment [Dkt. 18], reflecting the terms of this proposed settlement. On August 11, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 19], which recommended approving the settlement.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's *Report and Recommendation Granting*

*Agreed Judgment* [Dkt. 19] is **ADOPTED**. The court will separately enter the Agreed Judgment.

SIGNED at Beaumont, Texas, this 27th day of August, 2025.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE